NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DANIEL L. FLAMM,**
*Appellant*

**v.**

**MICRON TECHNOLOGY, INC., INTEL CORPORATION, GLOBALFOUNDRIES U.S., INC., SAMSUNG ELECTRONICS COMPANY, LTD.,**
*Appellees*

---

2018-2384, 2018-2385

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2017-00392, IPR2017-00406, IPR2017-01747, IPR2017-01748.

---

## JUDGMENT

---

ROLF STADHEIM, Stadheim & Grear, Scottsdale, AZ, argued for appellant.

JARED BOBROW, Orrick, Herrington & Sutcliffe LLP, Menlo Park, CA, argued for appellees Micron Technology, Inc., Intel Corporation and GLOBALFOUNDRIES U.S., Inc. Appellee Micron Technology, Inc. also represented by JEREMY JASON LANG; MELANIE L. BOSTWICK, Washington,

DC.

CHAD S. CAMPBELL, Perkins Coie LLP, Phoenix, AZ, for appellee Intel Corporation. Also represented by TYLER R. BOWEN; DAN L. BAGATELL, Hanover, NH; PHILIP ALCIDE MORIN, San Diego, CA; JONATHAN L. MCFARLAND, Seattle, WA.

SHAMITA ETIENNE-CUMMINGS, White & Case LLP, Washington, DC, for appellee GLOBALFOUNDRIES U.S., Inc. Also represented by DAVID TENNANT.

NAVEEN MODI, Paul Hastings LLP, Washington, DC, for appellee Samsung Electronics Company, Ltd.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* PLAGER and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 6, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court